IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DALORIS JONES                                                                                               PLAINTIFF

v.                                                         Case No. 14-2088

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 30th day of March, 2015.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE